| | |
|---|---|
| 1 | DAVID MCDOWELL (CA SBN 125806) |
|   | dmcdowell@mofo.com |
| 2 | MORRISON & FOERSTER LLP |
|   | 707 Wilshire Boulevard |
| 3 | Los Angeles, California  90017-3543 |
|   | Telephone: 213.892.5200 |
| 4 | Facsimile: 213.892.5454 |

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION.

TINA WOLFSON (CA SBN 174806)
twolfson@ahdootwolfson.com
AHDOOT & WOLFSON, PC
10728 Lindbrook Drive
Los Angeles, California
Telephone: 310.474.9111
Facsimile:  310.474.8585

Attorney for Plaintiff STEPHANIE MATTERO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE MATTERO, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation,<br><br>Defendant. | Case No. 3:18-cv-02871-WHO<br><br>**STIPULATION EXTENDING TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>Complaint Filed:   May 16, 2018 |

1  WHEREAS, Plaintiff filed the Complaint in this action on May 16, 2018, and served it on
2  Defendant on May 30, 2018;

3  WHEREAS, the current deadline for Defendant's response to the Complaint is June 20,
4  2018;

5  WHEREAS, pursuant to L.R. 6-1(a), the parties may stipulate in writing, without a Court
6  order, to extend the time within which to answer or otherwise respond to the Complaint, provided
7  the change will not alter the date of any event or any deadline already fixed by Court order;

8  WHEREAS, extending the time Defendant has to answer or otherwise respond to the
9  Complaint will not alter the date of any event or any deadline already fixed by Court order.

10  THEREFORE, the parties hereby stipulate and agree that Defendant shall have until July
11  20, 2018 to answer or otherwise respond to the Complaint.

14  Dated: June 20, 2018

DAVID MCDOWELL
MORRISON & FOERSTER LLP

By:  */s/ David McDowell*
DAVID MCDOWELL

Attorneys for Defendant Costco
Wholesale Corporation

21  Dated: June 20, 2018

TINA WOLFSON
AHDOOT & WOLFSON, PC

By:  */s/ Tina Wolfson*
TINA WOLFSON

Attorney for Plaintiff Stephanie Mattero

1
STIPULATION EXTENDING TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
CASE NO. 3:18-CV-02871-WHO

ny-1330864

**ECF ATTESTATION**

I, David McDowell, am the ECF User whose ID and password are being used to file this STIPULATION EXTENDING TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT.  In compliance with Civil Local Rule 5-1(i), I hereby attest that Tina Wolfson, counsel for Plaintiff, has concurred in this filing.

Dated: June 20, 2018                                              */s/ David McDowell*
                                                                          DAVID MCDOWELL