1 DAVID F. MCDOWELL (CA SBN 125806)
DMcDowell@mofo.com
2 MORRISON & FOERSTER LLP
707 Wilshire Boulevard
3 Los Angeles, California 90017-3543
Telephone: 213.892.5200
4 Facsimile: 213.892.5454

5 Jamie A. Levitt *pro hac vice*
jlevitt@mofo.com
6 Adam J. Hunt *pro hac vice*
adamhunt@mofo.com
7 MORRISON & FOERSTER LLP
250 West 55th Street
8 New York, New York 10019
Telephone: 212.468.8000
9 Facsimile: 212.468.7900

10 Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE MATTERO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation,<br><br>Defendant. | Case No. 3:18-cv-02871-WHO<br><br>**DEFENDANT COSTCO WHOLESALE CORPORATION'S REPLY IN SUPPORT OF ITS UNOPPOSED MOTION TO DISMISS OR STAY LITIGATION**<br><br>Complaint Filed: May 16, 2018<br>Hearing Date: September 12, 2018<br>Time: 2:00 p.m.<br>Courtroom: 2 |

1  Costco Wholesale Corporation ("Costco") submits this Reply in support of its unopposed
2  Motion to Dismiss or Stay Litigation ("Motion to Dismiss") (ECF No. 19).

## ARGUMENT

Plaintiff Stephanie Mattero has failed to oppose Costco's Motion to Dismiss. On the basis of her failure to oppose, in addition to the reasons stated in Costco's Points and Authorities in Support of its Motion to Dismiss or Stay Litigation, it is therefore appropriate for the Court to dismiss Plaintiff's claims, or, alternatively, to stay the litigation under the first-filed rule and the Court's inherent authority pending disposition of Costco's motion to dismiss in *Gonzalez v. Costco Wholesale Corp.*, No. 1:16-cv-02590 (NG) (JO) (E.D.N.Y.) ("*Gonzalez*").

Plaintiff's failure to file an opposition to Costco's July 20, 2018 Motion to Dismiss constitutes consent to the granting of that motion. Plaintiff's opposition was due on August 3, 2018. *See* Civ. L.R. 7-3(a). Plaintiff failed to file her opposition on or even after the due date. Plaintiff has therefore consented to the granting of Costco's Motion to Dismiss. *See, e.g.*, *Lopez v. Cty. of Los Angeles*, No. 15-CV-03804-TEH, 2015 WL 7734229, *2 (N.D. Cal. Dec. 1, 2015) (granting motions to dismiss because plaintiff's failure to oppose defendants' motions constituted consent to the merits of the motions); *Cua v. Mortg. Elec. Registration Sys., Inc.*, No. C 09-01605 SBA, 2012 WL 2792437, *1 (N.D. Cal. July 9, 2012) (granting motion to expunge lis pendens because plaintiff consented to the expungement of the lis pendens by failing to oppose defendant's motion); *Greg Opinski Constr., Inc. v. Braswell Constr., Inc.*, No. 1:09-CV-00641 LJO SKW, 2011 WL 5826101, *1 (E.D. Cal. Nov. 17, 2011) (granting motion to reduce arbitration award to judgment where defendant failed to oppose the motion); *Russo v. Network Sols., Inc.*, No. C-07-3401 MMC (EMC), 2008 WL 114908, *1, 3 (N.D. Cal. Jan. 10, 2008) (granting motion to compel where plaintiff did not file an opposition to the motion).

Plaintiff likewise failed to oppose Costco's motion in the alternative to stay this litigation pending disposition of its motion to dismiss in the *Gonzalez* action. For the same reasons, her failure also constitutes consent to Costco's request. *See Pamintuan v. Bristol-Myers Squibb Co.*,

No. 16-cv-00254-HSG, 2016 WL 4319844, *2 (N.D. Cal. July 14, 2016) (granting motion to stay as unopposed where plaintiff did not file an opposition to the motion).

### CONCLUSION

For the foregoing reasons and for the reasons stated in Costco's Motion to Dismiss or Stay Litigation, Costco respectfully requests that the Court vacate the hearing set for September 12, 2018, on its Motion to Dismiss, grant Costco's Motion to Dismiss in its entirety, and dismiss Plaintiff's claims. Alternatively, Costco requests that the Court stay this litigation pending the court's decision on Costco's motion to dismiss in the *Gonzalez* action.

Dated: August 10, 2018     By: /s/ David F. McDowell
                               David F. McDowell
                               MORRISON & FOERSTER LLP
                               707 Wilshire Boulevard
                               Los Angeles, California  90017-3543
                               Email:  dmcdowell@mofo.com
                               Telephone:  (213) 892-5200
                               Facsimile:  (213) 892-5454

                               Attorneys for Defendant
                               COSTCO WHOLESALE
                               CORPORATION